STATE v. DANIELS

No. 506A90-2

Case below: Mecklenburg County Superior Court

Motion by Attorney General to dismiss petition for writ of certiorari denied 3 October 1997.

STATE v. DOUTHIT

No. 380P97

Case below: 124 N.C.App. 667

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1997.

STATE v. FLOWERS

No. 553A94

Case below: Rowan County Superior Court

Motion by defendant (Flowers) to withdraw request to dismiss counsel and drop appeal allowed 24 September 1997 and court's order of remand for an evidentiary hearing withdrawn. Motion by defendant (Flowers) to stay mandate and vacate opinion denied 24 September 1997.

STATE v. GIBBS

No. 384P97

Case below: 126 N.C.App. 831

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 October 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

STATE v. HOWARD

No. 285P97

Case below: 122 N.C.App. 754

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.